IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE VILLEGAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-2153-L** |
| | § | |
| **DEUTSCHE BANK TRUST CO.**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 18, 2011. Plaintiff did not file objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The court therefore **accepts** the magistrate judge's findings and conclusions as those of the court and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure Procedure 41(b) for want of prosecution.

**It is so ordered** this 9th day of October, 2012.

_____
Sam A. Lindsay
United States District Judge

Order - Solo Page